**FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT**
**UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983**

**FILED**
**U.S. DISTRICT COURT**
**EASTERN DISTRICT ARKANSAS**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS** APR **1 3** 2023
_____ **DIVISION**

TAMMY H. DOWNS, CLERK

CASE NO. 4:23-cv-00351-JM-ERE   By:_____
DEP CLERK

**Jury Trial:** ☐ Yes ☐ No
(Check One)

I.   Parties

In item A below, place your <u>full</u> name in the first blank and place your present address in the second blank.  Do the same for additional plaintiffs, if any.

A.   Name of plaintiff: Zachery Dean Watson
ADC # _____

Address: 30 Southern Valley Drive - Morrilton, Ar 72110

Name of plaintiff: _____
ADC # _____

Address: _____

This case assigned to District Judge Moody
and to Magistrate Judge Ervin

Name of plaintiff: _____
ADC # _____

Address: _____

In item B below, place the <u>full</u> name of the defendant in the first blank, his official position in the second blank, his place of employment in the third blank, and his address in the fourth blank.

B.   Name of defendant: Darcel Elkin

Position: C.C.DC. Doctor

Place of employment: County Facilities Healthcare of Arkansas, LLC

Address: 209 Portia Circle, Hot springs, Ar. 71913

Name of defendant: County Facilities Healthcare of Arkansas, LLC

Position: employer of Darcel Elkin

-4-

Place of employment: ~~Shone West~~ 209 Portia Circle, Hotsprings, Ar. 71913

Address: _____

Name of defendant: Shane West

Position: CCDC Jail Administrator

Place of employment: Conway County Detention center

Address: 30 Southern Valley Dr. Morrilton, Ar. 72110

Name of defendant: Mike Smith

Position: CCDC Sheriff

Place of employment: Conway County

Address: 30 Southern Valley Dr. Morrilton, Ar. 72110

II.    Are you suing the defendants in:

☐    official capacity only
☐    personal capacity only
☑    both official and personal capacity

III.    Previous lawsuits

A.    Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ___    No ✓

B.    If your answer to A is yes, describe the lawsuit in the space below.  (If there is  more than one lawsuit, describe the additional lawsuits on another piece of  paper, using the same outline.)

☐    Parties to the previous lawsuit:

Plaintiffs: _____

_____

Defendants: _____

_____

-5-

☐      Court (if federal court, name the district; if state court, name the county):

_____

☐      Docket Number: _____

☐      Name of judge to whom case was assigned: _____

☐      Disposition: (for example: Was the case dismissed?  Was it appealed?  Is it still pending?) _____

☐      Approximate date of filing lawsuit: _____

☐      Approximate date of disposition: _____

IV.    Place of present confinement: Conway County Detention Center

V.    At the time of the alleged incident(s), were you:
(check appropriate blank)

✓ in jail and still awaiting trial on pending criminal charges

_____ serving a sentence as a result of a judgment of conviction

_____ in jail for other reasons (e.g., alleged probation violation, etc.)
explain: _____

_____

VI.    The Prison Litigation Reform Act (PLRA), 42 U.S.C. § 1997e, requires complete exhaustion of administrative remedies of all claims asserted, prior to the filing of a lawsuit.  There is a prisoner grievance procedure in the Arkansas Department of Correction, and in several county jails.  Failure to complete the exhaustion process provided as to each of the claims asserted in this complaint may result in the dismissal without prejudice of all the claims raised in this complaint.

A.    Did you file a grievance or grievances presenting the facts set forth in this complaint?

Yes ✓    No _____

B.    Did you completely exhaust the grievance(s) by appealing to all levels within the grievance procedure?

Yes ✓   No ____

If not, why? _____

_____

VII.   Statement of claim

State here (as briefly as possible) the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

02/17/2023 @ 8:45pm I was pulled out of my housing unit for a doctor visit with Dac Elkin. I was to be seen for a chronic shoulder injury and kidney pain. I started to explain my injury when the doctor interupted me to say the reason my shoulder was hurting me was due to "My celly being the big spoon" when we slept together. I tried to ignore him and continue explaining my issue when he continued to say due my homosexual activities my shoulder was hurting me. Officer Johny Newman told the doctor he was out of line. He continued to take my visit unserious so I just stopped trying to explain. I was embarrased and angry by the attack on my sexuality.

-7-

I wrote a grievance for the lack of respect I received. My shoulder is still hurting and I want to be seen by a doctor that has no issues with me being A Gay man. The jail administrator told me in person that I will continue to be seen by Darcel Elkin. He oviously has a problem with my sexuality and I dont feel I will get proper health care for him.

Once I requested my 1983 form from the courts, The sheriffs office opened my legal mail and brought it back to me with out the envelope. Officer Lankford made a comment to me about suing the jail. I am now in fear of retaliation.

VIII.   Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I want #500,000.00 ~~for member~~ and the doctor removed from the facility. Release from this jail for fear of retaliation

I declare under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct.

Executed on this 05 day of April, 2023.

_____

_____

_____
Signature(s) of plaintiff(s)

-8-

Zochery Watson
30 Southern valley Dr.
Morrilton, Ar 72140



Pro Se Clerk
600 West Capitol Avenue, Room A149
Little Rock, Arkansas 72201