IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ZACHERY DEAN WATSON**  PLAINTIFF

V.  NO. 4:23-cv-00351-JM

**DARREL ELKIN,** *et al*.  DEFENDANTS

**ORDER**

The Court has received a Recommendation for dismissal filed by Magistrate Judge Edie R. Ervin. Mr. Watson has not filed objections, and the time to do so has expired. After careful review, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

Mr. Watson's complaint is DISMISSED, without prejudice, based on his failure to state a plausible constitutional claim for relief. Judgment shall be entered accordingly, and this case will be CLOSED.

The Court recommends that, in the future, this dismissal be considered a "strike" for purposes of 28 U.S.C. § 1915(g) and certifies that an *in forma pauperis* appeal of this dismissal would be frivolous and not taken in good faith. The Clerk is instructed to close this case.

IT IS SO ORDERED, this 29th day of June, 2023.

_____
UNITED STATES DISTRICT JUDGE