**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**ZACHERY DEAN WATSON**                                                          **PLAINTIFF**

**V.**                                              **NO. 4:23-cv-00351-JM**

**DARREL ELKIN,** *et al.*                                                        **DEFENDANTS**

## <u>JUDGMENT</u>

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED, WITHOUT PREJUDICE.

IT IS SO ORDERED, this 29th day of June, 2023.

_____
UNITED STATES DISTRICT JUDGE